UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>Defendants. | Adv. Pro. No. 10-5411 (BRL)<br><br>No. 11 Civ. 1181 (JSR) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appears as counsel to Alessandro Profumo, a defendant in the above-captioned proceeding. All notices given or required to be given in this proceeding and all papers filed in this proceeding shall be served upon the undersigned.

-2-

I certify that I am admitted to practice in this Court.

Dated:  New York, New York
July 25, 2011

                        CURTIS, MALLET-PREVOST,
                         COLT & MOSLE LLP

                    By:  /s/ Eliot Lauer
                       Eliot Lauer

                       101 Park Avenue
                       New York, New York 10178-0061
                       Tel.:  (212) 696-6000
                       Fax:  (212) 697-1559
                       E-mail: elauer@curtis.com

*Attorneys for Defendant Alessandro Profumo*

9990861