CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Eliot Lauer
Jennifer L. Ryan
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000

*Attorneys for Defendant Alessandro Profumo*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>Defendants. | Adv. Pro. No. 10-5411 (BRL)<br><br>No. 11 Civ. 1181 (JSR) |

**DEFENDANT ALESSANDRO PROFUMO'S NOTICE OF MOTION TO
DISMISS COUNTS 1, 2, 20, 21 AND 22 OF THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law

and all the papers filed and proceedings had herein, Alessandro Profumo hereby moves this

Court before Hon. Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, New York,

New York, for an order dismissing with prejudice Counts 1, 2, 20, 21 and 22 of Amended Complaint.[1]

In accordance with the schedule set by the Court, moving papers from Profumo will be filed and served by July 25, 2011; opposition papers from Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Securities Investor Protection Corporation, shall be filed and served by August 29, 2011; reply papers from Profumo shall be filed and served by September 12, 2011; and oral argument before the Court will be held on Thursday, September 19, 2011, at 4:30 P.M.

---

[1] Profumo does not hereby submit to the personal jurisdiction of this Court, and makes only those arguments permitted by the Court's order of limited withdrawal, which does not allow him to raise all arguments that he would expect to make or be required to raise at this procedural stage under Rule 12.  Accordingly, Profumo makes this motion without waiving any rights, arguments or defenses, including his right to contest personal jurisdiction.

-3-

WHEREFORE, Profumo respectfully requests that the Court enter an order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated: July 25, 2011
      New York, New York

           Respectfully submitted,

           CURTIS, MALLET-PREVOST,
             COLT & MOSLE LLP

           By:  /s/ Eliot Lauer
               Eliot Lauer
               Jennifer L. Ryan

           101 Park Avenue
           New York, New York  10178
           Telephone:   (212) 696-6000
           Facsimile:    (212) 697-1559
           E-Mail:       elauer@curtis.com
                           jryan@curtis.com

           *Attorneys for Defendant Alessandro Profumo*