SULLIVAN & WORCESTER LLP
Franklin B. Velie
Jonathan G. Kortmansky
Mitchell C. Stein
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 660-3000
Facsimile: (212) 660-3001

*Attorneys for Defendant UniCredit Bank Austria AG*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>Defendants. | Adv. Pro. No. 10-5411 (BRL)<br><br>No. 11 Civ. 1181 (JSR) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant UniCredit Bank Austria AG certifies that it is a subsidiary of

2

UniCredit S.p.A., a publicly-held corporation whose shares trade on the Borsa Italiana, Italy's main stock exchange. UniCredit S.p.A. owns more than 10% of UniCredit Bank Austria AG's stock. No other publicly held corporation owns 10% or more of UniCredit Bank Austria AG's stock.

Dated:  New York, New York  
       July 25, 2011

Respectfully Submitted,

SULLIVAN & WORCESTER LLP

By: /s/ _____  
    Franklin B. Velie  
    Jonathan G. Kortmansky  
    Mitchell C. Stein  
    1290 Avenue of the Americas, 29th Fl.  
    New York, New York 10104  
    Telephone:  (212) 660-3000  
    fvelie@sandw.com  
    jkortmansky@sandw.com  
    mstein@sandw.com

*Attorneys for Defendant*  
*Unicredit Bank Austria AG*