SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Marco E. Schnabl
Susan L. Saltzstein
Jeremy A. Berman
William J. O'Brien
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000

*Attorneys for Defendant Pioneer Global Asset Management S.p.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>SONJA KOHN, et al.,<br><br>Defendants. | Adv. Pro. No. 10-5411 (BRL)<br><br>No. 11 Civ. 1181 (JSR)<br><br>ECF Case<br><br>Electronically Filed |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF
<u>PIONEER GLOBAL ASSET MANAGEMENT S.p.A.</u>**

2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, defendant Pioneer Global Asset Management S.p.A. hereby states, by and through its undersigned counsel, as follows:

1.  Pioneer Global Asset Management S.p.A. is a wholly-owned subsidiary of UniCredit S.p.A., a publicly held corporation whose shares trade on the Borsa Italiana, Italy's main stock exchange.

2.  No publicly held corporation owns 10% or more of UniCredit S.p.A.'s stock.

Dated: New York, New York
       July 25, 2011

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

/s/ Marco E. Schnabl
Marco E. Schnabl
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
marco.schnabl@skadden.com
*Attorneys for Defendant Pioneer Global Asset Management S.p.A.*

2