UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                                            :   Adv. Pro. No. 08-1789 (BRL)

BERNARD L. MADOFF INVESTMENT   :   SIPA LIQUIDATION
SECURITIES LLC,
                                                 :   (Substantively Consolidated)

    Debtor.                              :

                                                 :

                                                 :

IRVING H. PICARD, Trustee for the     :
Liquidation of Bernard L. Madoff            Adv. Pro. No. 10-5411 (BRL)
Investment Securities LLC,                :

    Plaintiff,                            :

    v.                                    :

SONJA KOHN a/k/a SONJA BLAU       :   
KÔHN a/k/a SONJA BLAU a/k/a SINJA
KÔHN a/k/a SINJA BLAU a/k/a SINJA   :
TÜRK, ERWIN KOHN, NETTY BLAU,
ROBERT ALAN KOHN, RINA               :
HARTSTEIN (NÉE KOHN), MOISHE
HARTSTEIN, MORDECHAI LANDAU,  :
ERKO, INC., EUROVALEUR, INC.,         No. 11 Civ. 1181 (JSR)
INFOVALEUR, INC., TECNO                  :
DEVELOPMENT & RESEARCH S.R.L.,
TECNO DEVELOPMENT & RESEARCH :
LTD., SHLOMO (MOMY) AMSELEM,
HASSANS INTERNATIONAL LAW       :
FIRM, HERALD ASSET MANAGEMENT
LTD., 20:20 MEDICI AG f/k/a BANK      :
MEDICI AG, PETER SCHEITHAUER,
ROBERT REUSS, UNICREDIT BANK    :
AUSTRIA AG, GERHARD RANDA,
STEFAN ZAPOTOCKY, BANK              :
AUSTRIA WORLDWIDE FUND
MANAGEMENT LTD., URSULA         :
RADEL-LESZCZYNSKI, UNICREDIT
S.P.A., ALESSANDRO PROFUMO,       :

PIONEER GLOBAL ASSET
MANAGEMENT, S.P.A., et al.,                          :

    Defendants                                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                           :

## STIPULATION AND CONSENT ORDER

        WHEREAS, on June 3, 2011 this Court issued an order (the "Withdrawal Order") withdrawing the reference of adversary proceeding No. 10-5411 (BRL) from the Bankruptcy Court for the purpose of resolving certain specified issues (the "Withdrawal Issues") set forth in the Withdrawal Order;

        WHEREAS, the Withdrawal Order set a schedule for movant UniCredit S.p.A. and non-movants Trustee (as defined in the Withdrawal Order) and the Securities Investor Protection Corporation to submit briefs addressing the Withdrawal Issues (the "Motion") and further set a schedule for oral argument before the Court regarding the Motion;

        WHEREAS, certain defendants in addition to UniCredit S.p.A. have requested the consent of the Trustee to participate in the Motion pursuant to the same schedule set forth in the Withdrawal Order, and the Trustee has consented thereto.

        IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel as follows:

        1. Defendants Pioneer Global Asset Management, S.p.A. ("PGAM"), UniCredit Bank Austria AG ("BA"), and Alessandro Profumo may participate in the Motion on the schedule set forth in the Withdrawal Order, and shall be bound by the Court's ruling on the issues addressed therein;

2. BA acknowledges service of Summons and Complaint and waives any objection to the sufficiency of such service;

3. The time which BA may move, answer, or otherwise respond to the Amended Complaint or to appear or respond in the Action as to non-Withdrawal Issues is adjourned until 60 days following the Court's issuance of an order deciding the Motion;

4. All parties to the Motion reserve, and specifically do not waive, any arguments and defenses (including, without limitation, jurisdictional defenses) beyond the permitted scope of the Motion, as set out in the Withdrawal Order; and

5. To facilitate filing, the parties agree that electronic of pdf versions of their respective signatures shall be regarded as originals for purposes of this stipulation.

| | |
|---|---|
| Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Timothy S. Pfeifer<br>Email: tpfeifer@bakerlaw.com | Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036-6522<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>Marco E. Schnabl<br>Email: marco.schnabl@skadden.com<br>Susan L. Saltzstein<br>Email: susan.saltzstein@skadden.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Defendants UniCredit S.p.A. and Pioneer Global Asset Management S.p.A.* |

| | |
|---|---|
| *[signature]*<br>Sullivan & Worcester LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 660-3037<br>Facsimile: (212) 660-3001<br>Franklin Velie<br>Email: fvelie@sandw.com<br>Jonathan G. Kortmansky<br>Email: jkortmansky@sandw.com | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6192<br>Facsimile: (212) 697-1559<br>Eliot Lauer<br>Email: Elauer@curtis.com<br>Jennifer L. Ryan<br>Email: jryan@curtis.com |
| *Attorneys for UniCredit Bank Austria AG* | *Attorneys for Defendant Alessandro Profumo.* |
| DATED: July 26 2011<br>   New York, New York | SO ORDERED:<br><br><br>_____<br>Honorable Jed S. Rakoff<br>United States District Judge |

| | |
|---|---|
| _____<br>Sullivan & Worcester LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 660-3037<br>Facsimile: (212) 660-3001<br>Franklin Velie<br>Email: fvelie@sandw.com<br>Jonathan G. Kortmansky<br>Email: jkortmansky@sandw.com | *[signature]*<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 696-6192<br>Facsimile: (212) 697-1559<br>Eliot Lauer<br>Email: Elauer@curtis.com<br>Jennifer L. Ryan<br>Email: jryan@curtis.com |
| *Attorneys for UniCredit Bank Austria AG* | *Attorneys for Defendant Alessandro Profumo.* |
| DATED: July 26, 2011<br>         New York, New York | SO ORDERED:<br><br>*[signature]*<br>Honorable Jed S. Rakoff<br>United States District Judge |

4