**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Timothy S. Pfeifer
Keith R. Murphy
Denise D. Vasel
Marco Molina
Matthew D. Feil
A. Mackenna Mosier
Emilie J. Walgenbach

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>  v.<br><br>SONJA KOHN, et al.<br><br>        Defendants. | Adv. Pro. No. 10-05411 (BRL)<br><br>Case No. 11 Civ. 01181 (JSR) |



**DECLARATION OF TIMOTHY S. PFEIFER IN SUPPORT OF THE TRUSTEE'S OPPOSITION TO THE <u>MOTIONS TO DISMISS</u>**

I, Timothy S. Pfeifer, hereby declare as follows:

1. I am a member of the Bar of this Court and Counsel at the firm of Baker & Hostetler LLP, counsel for Plaintiff Irving H. Picard (the "Trustee"), the trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the estate of Bernard L. Madoff, individually.

2. As attorney of record in these proceedings, I am fully familiar with the facts set forth herein. I make this declaration to transmit to this Court true and correct copies of documents relevant to the Trustee's Opposition to UniCredit S.p.A., Pioneer Global Asset Management S.p.A., UniCredit Bank Austria AG, and Alessandro Profumo's Motions to Dismiss.

3. True and correct copies of the following documents are attached:

    Exhibit 1:    Trustee's Proposed Second Amended Complaint, Picard v. Kohn, et al.

    Exhibit 2:    Redline of Trustee's Proposed Second Amended Complaint, Picard v. Kohn, et al.

Under 28 U.S.C. § 1746, I hereby declare, under penalty of perjury, that the foregoing statements made by me are true and correct.

Dated:  New York, New York
        August 29, 2011

/s/  *Timothy S. Pfeifer*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Timothy S. Pfeifer
Keith R. Murphy
Denise D. Vasel
Marco Molina
Matthew D. Feil
A. Mackenna Mosier
Emilie J. Walgenbach

*Attorneys for Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L.
Madoff*

*Of Counsel:*
Oren J. Warshavsky
Deborah H. Renner
Gonzalo S. Zeballos
Mark A. Kornfeld
Marc Skapof