UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
IRVING H. PICARD,                     :
                                      :
              Plaintiff,              :
                                      :
         -v-                          :
                                      :
SONJA KOHN, ERWIN KOHN, ROBERT KOHN, RINA :
HARTSTEIN, MOISHE HARTSTEIN, MORDECHAI :
LANDAU, ERKO, INC., EUROVALEUR, INC., :
INFOVALEUR, INC., TECNO DEVELOPMENT & :
RESEARCH S.R.L., TECNO DEVELOPMENT & :
RESEARCH LTD., SHLOMO AMSELEM, HASSANS :
INTERNATIONAL LAW FIRM, HERALD ASSET :
MANAGEMENT LTD., 20:20 MEDICI AG, PETER :
SCHEITHAUER, ROBERT REUSS, UNICREDIT BANK :
AUSTRIA AG, GERHARD RANDA, STEFAN :
ZAPOTOCKY, BANK AUSTRIA WORLDWIDE FUND :
MANAGEMENT LTD., URSULA RADEL- :
LESZCZYNSKI, UNICREDIT S.p.A., ALESSANDRO :
PROFUMO, PIONEER GLOBAL ASSET MANAGEMENT, :
S.P.A., et al., PALLADIUM CAPITAL :
ADVISORS LLC, WINDSOR IBC, Inc., :
MARIADELMAR RAULE, FRANCO MUGNAI, PAUL de :
SURY, DANIELE COSULICH, ABSOLUTE :
PORTFOLIO MANAGEMENT LTD., MEDICIFINANZ :
CONSULTING GmbH, MEDICI S.R.L., MEDICI :
CAYMAN ISLAND LTD., BANK MEDICI AG :
(GIBRALTAR), REVITRUST SERVICES EST., :
HELMUTH FREY, MANFRED KASTNER, JOSEF :
DUREGGER, ANDREAS PIRKNER, WERNER :
TRIPOLT, ANDREAS SCHINDLER, FRIEDRICH :
KADRNOSKA, WERNER KRETSCHMER, WILHELM :
HEMETSBERGER, HARALD NOGRASEK, BANK :
AUSTRIA CAYMAN ISLANDS LTD., GIANFRANCO :
GUTTY, SOFIPO AUSTRIA GmbH, M-Tech :
SERVICES GmbH, BRERA SERVIZI AZIENDIALE :
S.R.L., REDCREST INVESTMENTS, INC., LINE :
GROUP LTD., LINE MANAGEMENT SERVICES :
LTD., LINE HOLDINGS LTD., HERALD CONSULT :
LTD., JOHN AND JANE DOES 1-100, :
                                      :
              Defendants.             :
------------------------------------ x

JED S. RAKOFF, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/11

11 Civ. 1181 (JSR)

ERRATUM

A typographical error, which appears in the Court's Memorandum Order dated September 6, 2011, is hereby corrected by changing "territorially" to "extraterritorially" in the second sentence of the second paragraph on page 5.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:          New York, New York
                September 6, 2011

2