```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
IRVING H. PICARD,                         :

                Plaintiff,                :

        -v-                               :
                                          :
SONJA KOHN, ERWIN KOHN, ROBERT KOHN, RINA :
HARTSTEIN, MOISHE HARTSTEIN, MORDECHAI    :
LANDAU, ERKO, INC., EUROVALEUR, INC.,     :
INFOVALEUR, INC., TECNO DEVELOPMENT &     :
RESEARCH S.R.L., TECNO DEVELOPMENT &      :
RESEARCH LTD., SHLOMO AMSELEM, HASSANS    :
INTERNATIONAL LAW FIRM, HERALD ASSET      :
MANAGEMENT LTD., 20:20 MEDICI AG, PETER   :
SCHEITHAUER, ROBERT REUSS, UNICREDIT BANK :
AUSTRIA AG, GERHARD RANDA, STEFAN         :
ZAPOTOCKY, BANK AUSTRIA WORLDWIDE FUND    :    11 Civ. 1181 (JSR)
MANAGEMENT LTD., URSULA RADEL-            :
LESZCZYNSKI, UNICREDIT S.p.A., ALESSANDRO :
PROFUMO, PIONEER GLOBAL ASSET             :
MANAGEMENT, S.P.A., et al., PALLADIUM     :
CAPITAL ADVISORS LLC, WINDSOR IBC,        :    ORDER
Inc., MARIADELMAR RAULE, FRANCO           :
MUGNAI, PAUL de SURY, DANIELE             :
COSULICH, ABSOLUTE PORTFOLIO              :
MANAGEMENT LTD., MEDICIFINANZ             :
CONSULTING GmbH, MEDICI S.R.L.,           :
MEDICI CAYMAN ISLAND LTD., BANK           :
MEDICI AG (GIBRALTAR), REVITRUST          :
SERVICES EST., HELMUTH FREY, MANFRED      :
KASTNER, JOSEF DUREGGER, ANDREAS          :
PIRKNER, WERNER TRIPOLT, ANDREAS          :
SCHINDLER, FRIEDRICH KADRNOSKA,           :
WERNER KRETSCHMER, WILHELM                :
HEMETSBERGER, HARALD NOGRASEK, BANK       :
AUSTRIA CAYMAN ISLANDS LTD.,              :
GIANFRANCO GUTTY, SOFIPO AUSTRIA          :
GmbH, M-Tech SERVICES GmbH, BRERA         :
SERVIZI AZIENDIALE S.R.L., REDCREST       :
INVESTMENTS, INC., LINE GROUP LTD.,       :
LINE MANAGEMENT SERVICES LTD., LINE       :
HOLDINGS LTD., HERALD CONSULT LTD.,       :
JOHN AND JANE DOES 1-100,                 :
                                          :
                Defendants.               :
                                          :
------------------------------------------x
JED S. RAKOFF, U.S.D.J.
```



DOC #
DATE FILED 9/12/11

This Order will serve to confirm that, at the express request of counsel, the Court has (reluctantly) agreed in a joint telephonic conference today to move the oral argument scheduled for September 19, 2011 at 4:30 P.M. to October 5, 2011 at 4:30 P.M.  No further extensions will be granted.

SO ORDERED.

                                                          _____
                                                                JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         September 9, 2011