

| | |
|---|---|
| Linda Kotowski/NYSD/02/USCOURTS | To  civilmemo@nysd.uscourts.gov |
| 10/05/2011 05:14 PM | cc |
| | bcc |
| | Subject  11cv1181 Picard v Kohn |

# CIVIL MEMORANDUM TO DOCKET CLERK

This form shall be returned to the docketing section, upon completion of a Hearing or Trial, or on the last day of the Calendar Month, when the action is continued to the following month. Should the Hearing or Trial continue for two or more weeks, this form should be submitted on a weekly basis.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X       **BEFORE: Hon. Jed S. Rakoff**

**Picard**

                         **Docket No.  11cv1181 (JSR)**

                 Plaintiff(s)

    -against-

**Kohn**

                In consolidated cases, all docket nos. are to be shown.

                _____

                _____

    Defendant(s)    _____

-----------------------------------------------------------------X       CONTESTED ISSUE      [X ]YES   [ ]NO

**Select the type of Hearing or Trial.**
)
[       [ X ]Oral Argument ON A MOTION TO DISMISS

**Select the action.**
[ ]Began      [X ]Held      [ ]Continued      [ ]Completed      [ ]Scheduled for

**October 5, 2011**      Time **4:30**      [ ]am [ X ]pm      Duration: (Hr.) **1** (Min.)

_____

\* If you indicate telephone conference, also indicate the type of conference that was held, i.e., discovery, pretrial conference, etc.
\+ If you select motion hearing, please indicate in the "remark" section the relief being requested in the motion.

                                                            **Submitted by  Linda Kotowski**

                                                                  **Courtroom Deputy**

The above information is required for the JS 6 report to the AO.